# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
### Eastern Division

Logan Simios

                        Plaintiff,

v.                                                    Case No.: 1:05−cv−05235
                                                          Honorable Virginia M. Kendall

180SOLUTIONS, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 26, 2006:

      MINUTE entry before Judge Virginia M. Kendall :Plaintiff's motion to clarify/amend order dated April 12, 2006 [57] is granted. The Court's Order dated April 12, 2006 is amended as follows: All previously set case deadlines, including the ones related to class certification, are stricken; and the referral of plaintiff's motion to amend the complaint to add a claim for declaratory judgment is terminated. Defendants shall answer or otherwise plead to Plaintiff's Amended Complaint by 5/10/06. The presentment date of 5/2/06 for said motion is stricken.Mailed notice(gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.