UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOGAN SIMIOS and VICKY STEVENS and OMAR HASAN, individually and on behalf of all persons similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 05 C 5235 |
| v. | ) ) | Judge Virginia Kendall |
| 180SOLUTIONS, INC., and JOHN DOES 1-100, | ) ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) ) | Jury Demanded |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)

Plaintiffs Logan Simios, Vicky Stevens and Omar Hasan, and Defendant 180solutions, Inc. (now known as Zango, Inc.), by and through their attorneys, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate as follows:

1. This action is dismissed in its entirety and WITH PREJUDICE.

2. Each Party shall bear its own attorneys' fees, costs and expenses.

STIPULATED TO AND ACCEPTED BY:

| | |
|---|---|
| PLAINTIFFS LOGAN SIMIOS, VICKY STEVENS AND OMAR HASAN | DEFENDANT 180SOLUTIONS, INC. (now known as ZANGO, INC.) |
| Date: September 6, 2006<br>By: s/Michael D. Hayes | Date: September 6, 2006<br>By: s/Floyd A. Mandell |
| David J. Fish<br>The Collins Law Firm<br>1770 North Park Street, Suite 200<br>Naperville, Illinois 60563<br>Phone: 630-527-1595<br>Email: dfish@collinslaw.com<br><br>Michael D. Hayes<br>Varga Berger Ledsky Hayes & Casey<br>224 S. Michigan Avenue, Suite 350<br>Chicago, Illinois 60604<br>Phone: 312-341-9400<br>Email: mhayes@vblhc.com<br><br>*Attorneys for Plaintiffs* | Floyd A. Mandell<br>Kristin J. Achterhof<br>Dawn M. Canty<br>Michael A. Dorfman<br>Julie P. Setren<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661-3693<br>Phone: 312-902-5200<br>Email: floyd.mandell@kattenlaw.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I certify that on this date a true and correct copy of the **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)** was filed electronically with the Clerk of Court and caused to be served by operation of the Court's electronic filing system upon the following counsel of record for Plaintiffs:

>Shawn M. Collins
>David J. Fish
>The Collins Law Firm
>1770 North Park Street, Suite 200
>Naperville, Illinois 60563

>and

>Norman B. Berger
>Michael D. Hayes
>Varga Berger Ledsky Hayes & Casey
>224 S. Michigan Avenue, Suite 350
>Chicago, Illinois 60604

Date: September 6, 2006

> By: /s/ Julie P. Setren
> *One of the Attorneys for Defendant,*
> *180solutions, Inc.* (now known as Zango, Inc.)

3